EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4523
Chief, Violent Crime Section

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 12 2005

at 11 o'clock and 25 min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII          CR05-00028 HG

| UNITED STATES OF AMERICA, | ) | CR. NO. |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| v. | ) | [18 U.S.C. §§ 922(g)(1); 922(k)] |
| WARREN PERREIRA, | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about December 30, 2004, in the District of Hawaii, defendant, WARREN PERREIRA, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce, a firearm, to wit, a 30-06 rifle with no identifiable markings.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

## COUNT 2

The Grand Jury further charges:

On or about December 30, 2004, in the District of Hawaii, defendant, WARREN PERREIRA, knowingly possessed and received a firearm, to wit, a 30-06 rifle which has had the importer's and manufacturer's serial number removed, obliterated, or altered and which has, at any time, been shipped and transported in interstate and foreign commerce.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Sections 922(k) and 924(a).

DATED: January 12, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crime Section


_____
LORETTA SHEEHAN
Assistant U.S. Attorney


USA v. WARREN PERREIRA
Cr. No.
"Indictment"