# United States Court of Appeals for the Ninth Circuit
# Record Transmittal Form

Date:  August 24, 2006

To:    United States Court of Appeals      Attn:      ( )     Civil
       For the Ninth Circuit                          (X)     Criminal
       Office of the Clerk
       95 Seventh Street                               ( )     Judge
       San Francisco, CA 94103

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 05-00028JMS        Appeal No:    05-10655

Short Title:        USA vs. PERREIRA


Clerk's Files in       2        volumes  (✓) original  ( ) certified copy

Bulky docs        _____        volumes (folders)  docket #

Reporter's        3        volumes  (✓) original  ( ) certified copy
Transcripts       _____

Exhibits          _____        volumes  ( )  under seal

                  _____        boxes  ( )  under seal

Other:
-certified copy of docket sheet
-sealed document nos:


Acknowledgment: _____  Date: _____


cc: counsel