# M E M O R A N D U M

| | |
|---|---|
| TO: | Records Unit<br>United States District Court - Honolulu<br>300 Ala Moana Boulevard, Room C-338<br>Honolulu, HI  96850<br>(808) 541-3587 |
| FROM: | Toni Smith / Chris Redenbo  (208) 334-1612<br>Judge Trott's Chambers<br>550 West Fort Street, Room 667<br>Boise, ID 83724 |
| RE: | **US v. Perreira**<br>**05-10655** |
| DATE: | December 7, 2006 |

Cr 05-00028 JMS

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 11 2006
DISTRICT OF HAWAII

Please find the enclosed record from the above listed case.  Please sign and return the form at the bottom acknowledging receipt.

Thank you.

_____    DATE: _____

United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date:  August 24, 2006

To:  Judge Stephen Trott           Attn:        ( )    Civil
     U.S. Courthouse                            (X)    Criminal
     550 W. Fort Street, Ste. 667
     Bosie,  ID  83724-0040                     (X)    Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

| DC No:       | CR 05-00028JMS   | Appeal No:   | 05-10655 |
| Short Title: | USA vs. PERREIRA |              |          |

Clerk's Files in      2         volumes  (✓) original  ( ) certified copy  ✓
Bulky docs                      volumes (folders)  docket #
Reporter's            3         volumes  (✓) original  ( ) certified copy  ✓
Transcripts           X         4 in expando  ✓
Exhibits                        volumes  ( ) under seal
                                boxes  ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:


Acknowledgment: _____     Date: _____